IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **OMEGA PETROLEUM, LLC,** | * | |
| | * | |
|    **Plaintiff,** | * | |
| | * | |
| vs. | * | **CASE NO: CV-10-361** |
| | * | |
| **GARY BILLINGSLEY; GULF COAST** | * | |
| **MINERAL, LLC; and GULF COAST** | * | |
| **LAND & LEASING SERVICES, LLC** | * | |
| | * | |
|    **Defendant.** | * | |

## MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF

W. Alexander Moseley and Windy C. Bitzer, both of the law firm Hand Arendall LLC, hereby move the Court for permission to withdraw as counsel of record for Plaintiff, Omega Petroleum, LLC, in this action. The client has stated that it prefers to be represented by other counsel, who will soon appear on the plaintiff's behalf. Upon the grating of this motion, Mr. Moseley and Ms. Bitzer request that they be removed from all notice and service lists associated with this case.

                                            Respectfully submitted,

                                            */s/ Windy C. Bitzer*
                                            W. ALEXANDER MOSELEY  (MOSEW8216)
                                            WINDY C. BITZER  (BITZW7315)

HAND ARENDALL LLC
P. O. Box 123
Mobile, Alabama 36601
Phone: 251-432-5511
Fax:   251-694-6375
amoseley@handarendall.com
wbitzer@handarendall.com

2

**CERTIFICATE OF SERVICE**

      I certify that on August 26, 2010, a copy of the foregoing has been served upon counsel for all parties, by filing with the Court's electronic filing system and/or placing same in the United States Mail, postage prepaid and properly addressed to:

Donald R. Jones, Jr.
2000 Interstate Park Drive
Suite 104
Montgomery, AL 36109-547
Email: don@djoneslaw.com

                                          */s/ Windy C. Bitzer*
                                          WINDY C. BITZER  (BITZW7315)