UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
MOBILE DIVISION

| | |
|---|---|
| **OMEGA PETROLEUM, LLC,** | |
|    **PLAINTIFF** | |
| vs. | **CASE NO. 1:10-CV-00361** |
| **GARY BILLINGSLEY, et al.,** | |
|    **DEFENDANTS** | |

## PLAINTIFF'S MOTION TO STAY PROCEEDINGS

Comes now the Plaintiff and moves this Court to stay proceedings in this case to allow suit to quiet title currently pending in the Circuit Court of Conecuh County a reasonable time to resolve many of the issues alleged in the Complaint. As grounds, Plaintiff would state as follows:

1.   This case involves a claim that the Plaintiff hired Defendants to research and clarify the status of title to an oil producing well called the Nick Ross 24-11 # 2 well located in Conecuh County, Alabama. Plaintiff contends that after agreeing to perform the requested work and receiving information from Plaintiff and other working interest owners and the operator of the Nick Ross 24-11 # 2 well, Defendants began a process of self-dealing to acquire interests in the Nick Ross 24-11 # 2 well contrary to, in competition with and

potentially diluting the working interests owned by the Plaintiff and others in breach of Defendants' agreement and Defendants' duty of fidelity to Plaintiff.

2. By order dated August 10, 2010 [Doc. 10], this Court gave Plaintiff until August 31, 2010, to respond to the Motion to Stay Proceedings [Doc. 9].

3. On August 13, 2010, Columbia Petroleum, LLC, the operator of the Nick Ross # 2 well filed suit to quiet title to the Nick Ross # 2 well in Conecuh County, Alabama. *See* Doc. 16-1. Gulf Coast Minerals, LLC and members of Omega Petroleum, LLC, are defendants in that suit. That suit was not served upon members of Omega Petroleum, LLC until August 18 or 19, 2010.

4. At the request of the Plaintiff, this Court allowed plaintiff until September 15, 2010, to respond to the motions. *See* Doc. 17.

4. The issues asserted in this cause, may well be all addressed and/or rendered moot by the resolution of the quiet title action which, will in turn, assist in the resolution of issues relating to other business transactions involving these parties.

5. The Circuit Court of Conecuh County has set a deadline for the filing of claims in October and has indicated a willingness to expedite the resolution of title issues involving the Nick Ross # 2 well so that royalty and other payments due to interest holders can resume as soon as possible.

6. Counsel for Plaintiff has been given the impression that the suit to quiet title will be resolved within the next six months.

7. It would serve the best interests of judicial economy to hold proceedings in this cause in abeyance until the resolution of the quiet title action or for six months, whichever is shorter.

8. Counsel for defendants have been contacted but has not responded as to whether defendants object to a stay of these proceedings under these circumstances.

9. Plaintiff is ready and able to respond to the pending motions this date. If this Court were to deny this motion, Plaintiffs would request 24 hours from the entry of said order to file responses to the pending motions.

WHEREFORE, Plaintiff requests that this Court stay proceedings in this action for six months or until the state judge assigned to CV-2010-036 in the Circuit Court of Conecuh County, issues a final order as to title to the Nick Ross # 2 well, whichever first occurs. In the alternative, if this motion is denied, Plaintiff would request a reasonable time, not to exceed 24 hours, to file a response to the pending motions.

__s/Dennis R. Bailey_____
Dennis R. Bailey (BAI028)
Attorney for Plaintiff

Of counsel:
Rushton, Stakely, Johnston & Garrett, P.A.
184 Commerce Street
Post Office Box 270
Montgomery, Alabama   36101-0270
(334) 206-3234 (phone)
(334) 481-0031 (fax)
drb@rsjg.com (e-mail)

## CERTIFICATE OF SERVICE

  I hereby certify that I have served a copy of the foregoing document upon the following counsel of record by placing a copy of same in the United States Mail, first class postage prepaid, on this the 14th day of September, 2010.

    Donald R. Jones, Jr.
    2000 Interstate Park Drive, Suite 104
    Montgomery, Alabama   36109-5474


          __s/Dennis R. Bailey_____
          Of counsel